KOELSCH, Appellant, v. KENDALL, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Henry A. Koelsch against Nicholas D. Kendall, impleaded with others. C. S. Fettretch, for appellant. T. F. Keogh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KOPP, Respondent, v. DONNELLY, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Hermann Kopp against Elizabeth M. Donnelly. E. D. Flanigan, for appellant. A. C. Troy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KOPRUCKI, Respondent, v. WOJCIECHOWSKI et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Peter Koprucki, as treasurer, etc., against Piotr' Wojciechowski and others. No opinion. Judgment (73 Misc. Rep. 46, 130 N. Y. Supp. 736) affirmed, with costs.

KORNBERG v.˙ LASKI et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Sigmund Kornberg against Bogumil Laski and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

KOZLOWSKI, Appellant, v. ROCHESTER, S. & E. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Anthony Kozlowski against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 134 N. Y. Supp. 1137.

KRATENSTEIN, Appellant, v. WEISS, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Lena Kratenstein against Lena Weiss. No opinion. Motion denied, with $10 costs. See, also, 138 App. Div. 919, 123 N. Y. Supp. 545.

KUNZ, Respondent, v. BUFFALO & W. ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by William Kunz against the Buffalo & Williamsville Electric Railway Company. No opinion. Judgment affirmed, with costs.

LADD et al., Respondents, v. TYLER, Appellant. (Supreme Court, Appellate Division, Second Department. ₀ April 26, 1912.) Action by John S. Ladd and another against Frank J. Tyler. No opinion. Motion granted, without costs. See, also, infra.

LADD et al., Respondents, v. TYLER, Appellant. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by John S. Ladd and Bertie E. Denton, as administratrix, etc., against Frank J. Tyler. No opinion. Order affirmed, with $10 costs and disbursements. See, also, supra.

LA DUKE, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by George M. La Duke against the Hudson River Telephone Company. PER CURIAM. Judgment and order affirmed, with costs. See, also, 136 App. Div. 136, 120 N. Y. Supp. 171. SMITH, P. J., and KELLOGG, J., dissent.

LA GRANGE, Appellant, v. LA GRANGE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Jane La Grange against Hattie La Grange and others. No opinion. Appeal dismissed, without costs, upon stipulation filed. ,

LAKE et al., Respondents, v. HAMERSCHLAG, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Edith A. Lake and another against Royal P. Hamerschlag. L. B. Boudin, for appellant. E. O. Power, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAKE SHORE & M. S. RY. CO., Appellant, v. ALINE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by the Lake Shore & Michigan Southern Railway Company against Henry Aline and others. No opinion. Order affirmed, with costs.

LAKE SHORE & M. S. RY. CO., Appellant, v. Crandall et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by the Lake Shore & Michigan Southern Railway Company against Carrie E. Crandall and another. No opinion. Order affirmed, with costs.

LAKE SHORE & M. S. RY. CO., Appellant, v. RICKENBRODE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by the Lake Shore & Michigan Southern Railway Company against William B. Rickenbrode and others. PER CURIAM. Order reversed, and motion for confirmation of commissioners' report denied, with costs to abide event, and matter remitted to the Special Term for the appointment of new commissioners. KRUSE and ROBSON, JJ., dissent.

LANDEKER v. PROPERTY SECURITY CO. et al. (Supreme Court, Appellate Divi-